UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA DIGIOVANNI,<br><br>    Plaintiff,<br><br>v.<br><br>ERGOTELES LLC,<br><br>    Defendant. | 24 Civ. 1804 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    Defendant's deadline to answer, move, or otherwise respond to the Complaint is May 13, 2024.  *See* ECF No. 6.  An order issued March 14, 2024, scheduled an initial pretrial conference for May 15, 2024, and directed the parties to file certain materials in advance of the conference. *See* ECF No. 5.  On May 8, 2024, the parties filed these materials. *See* ECF Nos. 7, 8.  In their joint proposed case management plan, the parties propose that discovery be stayed pending resolution of an anticipated motion to dismiss.  *See* ECF No. 7.  Although the pendency of a motion to dismiss does not ordinarily provide cause to stay discovery, the parties' joint submission indicates that Plaintiff consents to a stay pending resolution of the motion.

    It is hereby **ORDERED** that the initial pretrial conference and the obligation to take discovery is **ADJOURNED** pending resolution of Defendant's anticipated motion to dismiss.

    SO ORDERED.

Dated: May 9, 2024
       New York, New York

                                              DALE E. HO
                                  United States District Judge